# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2572
_____

| | | |
|---|---|---|
| John M. Ricks, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| T. C. Peterson; Joe Jarvis, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: October 29, 2001

Filed: November 2, 2001
_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.
_____

PER CURIAM.

Federal inmate John M. Ricks brought this action under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), against federal corrections officials, alleging inadequate conditions of confinement and mishandling of his privileged correspondence. Ricks now appeals the district court's dismissal without prejudice for failure to exhaust available administrative remedies, arguing he was not required to exhaust because his complaint sought only monetary relief. Having carefully reviewed the record and relevant administrative procedures, we conclude the dismissal was proper. <u>See</u> <u>Booth v. Churner</u>, 121 S. Ct. 1819 (2001) (federal administrative remedies procedures did authorize corrective action on the

subject of Rick's complaint, and therefore 42 U.S.C. § 1997e(a) mandated exhaustion.)  Rick's remaining arguments are either meritless or do not warrant consideration in light of our affirmance.  We affirm the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.